IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 97-cv-00257-ZLW-CBS

JOEL D. YATES, II, *et al.,*
    Plaintiffs,
v.

WAL-MART STORES, INC.,
    Defendant.
_____

ORDER SETTING HEARING
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on "Defendant's Motion for Summary Judgment or, in the Alternative, for Decertification" (filed July 25, 2007) (doc. # 297). Pursuant to the Order of Reference dated April 11, 1997 (doc. # 15) and the memorandum dated July 25, 2007 (doc. # 298), the Motion was referred to the Magistrate Judge. Accordingly,

    IT IS ORDERED that a status conference and motion hearing is hereby scheduled on **Monday, November 26, 2007 at 8:30 a.m.**

    Dated at Denver, Colorado this 2nd day of November, 2007.

                                      BY THE COURT:

                                          s/Craig B. Shaffer
                                        United States Magistrate Judge