IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 97-cv-00257-ZLW-CBS

JOEL D. YATES, II,
JEFFREY GOETZINGER
ROBERT BERRY, and
WALTER LANE HENKHAUS, JR.,
for and on behalf of themselves and other employees similarly situated,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.
_____

ORDER
_____

    This Court has been advised that the U.S. Court of Appeals for the Tenth Circuit (Tenth Circuit) has heard oral argument in <u>Archuleta v. Wal-Mart Stores</u>, USCA Case No. 07-1065 (<u>Archuleta</u>). The Court is of the opinion, and counsel apparently agree, that many of the legal issues involved in that appeal are similar to those in the present case. In the interest of judicial efficiency, this Court will not proceed in the present case until the Tenth Circuit rules in <u>Archuleta</u>, since the Tenth Circuit's decision may well bear upon if not dispose of some or all of the issues in this case. No party will be prejudiced by this approach. All discovery has been completed in the two cases, and no trial date has been set in either case. Accordingly, in the interest of justice, it is

ORDERED that the Clerk is directed to close this case administratively pursuant to D.C.COLO.LCivR 41.2. It is

FURTHER ORDERED that counsel for Plaintiff shall contact Magistrate Judge Craig B. Shaffer's Chambers within 72 hours after the return of the mandate of the Tenth Circuit in <u>Archuleta v. Wal-Mart Stores</u>, USCA Case No. 07-1065. The Court thereafter may proceed to determine whether the present case should be reopened for good cause shown.

Dated at Denver, Colorado, this __30__ day of November, 2007.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court