IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 97-cv-00257-ZLW-CBS

JOEL D. YATES, II,
JEFFREY GOETZINGER
ROBERT BERRY, and
WALTER LANE HENKHAUS, JR.,
for and on behalf of themselves and other employees similarly situated,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.
_____

### ORDER OF DISMISSAL
_____

    It is ORDERED that the Joint Motion To Reopen Case . . . (Doc. No. 320; Apr. 24, 2009) is granted pursuant to D.C.COLO.LCivR 41.2.  It is

    FURTHER ORDERED that the Joint Motion . . . To Dismiss With Prejudice (Doc. No. 320) is granted.  It is

FURTHER ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), the parties to pay their own costs and attorney's fees

DATED at Denver, Colorado, this 29th day of April, 2009.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court